Tracy Baldwin
                              Plaintiff,

v.                                                                            Case No.: 1:12–cv–05867
                                                                             Honorable Amy J. St. Eve

Christopher Pasquale
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 1, 2012:

      MINUTE entry before Honorable Amy J. St. Eve: The Court, in its discretion, denies Plaintiff's motion to reconsider its denial of her motion to proceed in forma pauperis ("IFP"). See Webb v. Anderson, 224 F.3d 649, 653–54 (7th Cir. 2000) (within court's discretion to deny application to proceed in forma pauperis). In her IFP affidavit, Plaintiff avers that her social security/disability benefits are $32,760 a year, which is $21,590 over the Health and Human Services 2012 poverty guidelines for an individual. In her affidavit, Plaintiff also avers that her monthly expenses amounted to approximately $1,469 a month or $17,632 a year, which still puts her over the $11,170 poverty guidelines after subtracting her expenses from $32,760. Accordingly, Plaintiff is able to pay the $350 filing fee to bring her lawsuit against Dr. Christopher Pasquale without suffering any undue hardship. See Lumbert v. Illinois Dept. of Corr.,827 F.2d 257, 260 (7th Cir. 1987). Plaintiff must pay the $350 filing fee by no later than October 31, 2012, or the Court will dismiss this case for failure to prosecute. See Fed.R.Civ.P. 41(b).Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.